B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Southern District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kolaj, Giorgio** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2317** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**45 Bayberry Lane**<br>**Mount Kisco, NY**<br><div align="right">ZIP Code<br>**10549**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kolaj, Giorgio** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| | |
|---|---|
| **Voluntary Petition** | **Name of Debtor(s):** |
| *(This page must be completed and filed in every case)* | **Kolaj, Giorgio** |

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Giorgio Kolaj**
_____
Signature of Debtor **Giorgio Kolaj**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June 16, 2015**
_____
Date

**Signature of Attorney***

X **/s/ Julie Cvek Curley**
_____
Signature of Attorney for Debtor(s)

**Julie Cvek Curley**
_____
Printed Name of Attorney for Debtor(s)

**DelBello Donnellan Weingarten Wise & Wiederkehr, LLP**
_____
Firm Name

**One North Lexington Avenue**
**White Plains, NY 10601**
_____
Address

**(914) 681-0200  Fax: (914) 684-0288**
_____
Telephone Number

**June 16, 2015**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of New York

In re   **Giorgio Kolaj**                                                    ,   Case No. _____

                                    Debtor

                                                            Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 800,000.00 | | |
| B - Personal Property | Yes | 6 | 335,811.27 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,533,333.27 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 677,794.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 9,746.49 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 9,791.81 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 1,135,811.27 | | |
| Total Liabilities | | | | 3,211,127.83 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of New York

In re    **Giorgio Kolaj** _____,     Case No. _____

                               Debtor

                                                                          Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Giorgio Kolaj**
                                                                                ,     Case No. _____
                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Residence located at:**<br>**45 Bayberry Lane**<br>**Mt. Kisco, New York 10549**<br>**Valuation based on appraisal dated** | **Fee Simple** | - | **800,000.00** | **562,675.00** |

| | | |
|---|---|---|
| Sub-Total > | **800,000.00** | (Total of this page) |
| Total > | **800,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07)

.

In re  **Giorgio Kolaj**                                                                              ,          Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | - | 100.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Connecticut Community Bank, N.A. Checking Account** **Account Ending in 6537** | - | 14,298.82 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

|  | Sub-Total > | **14,398.82** |
|---|---|---|
|  | (Total of this page) | |

<u>  5  </u>   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Giorgio Kolaj**                                  ,     Case No. _____
<br>
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous Household Furnishings:**<br>**Kitchen: Microwave, Toaster, Kitchen Table with 5 Chairs, Wood Stand Bottle Rack, and Small Wall Rack**<br>**Dining Room: Table with 6 Chairs, Wall Wine Rack, Side Table, Mirror, Stool,**<br>**Living Room: Office Furniture, Sofa, 2 Love Seats, Side Tables, Lamp Side Table, Plant, 42" HD Television, VCR, Wireless Router, 2 Lithographs, Side Table Dresser, 2 Rugs, Coffee Table, and Firewood Basket**<br>**Bedrooms: 2 Beds, Vanity with Mirror, 2 Lamps, 2 Side Tables, 2 Dressers, Ceiling Light Cover, 2 Hanging Mirrors, Floor Mirror, Iron and Iron Table, Wood Chest and Bench,**<br>**Guest Bedroom: Bed, Small Side Table, Lamp, Glass Table, Stool, Inflatable Bed, Folding Mini Bookshelf, Wicker Dresser, Plug in Room Heater and Wood Table**<br><br>**Shop Vac, Vacuum, Plug in Room Heater, Air Purifier, Garden Bistro Table and Chairs, Electric Drill, Chain Saw, Tools, Metor Rack, Bookshelf, Magazine Rack, Pillow, Firewood Storage Rack, and Wireframe Plant Rack**<br>**Outdoor Furniture: Table and Chair Set with Umbrella, Hammock with Stand, Large Wood Recliner, Small Wicker Recliner, 3 Water Hoses, and Table Cover** | - | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous CDs, DVDs and Books** | - | 50.00 |
| | | **Miscellaneous Framed Prints and Photos** | - | 100.00 |
| 6. Wearing apparel. | | **Miscellaneous Wearing Apparel** | - | 500.00 |
| 7. Furs and jewelry. | | **Omega Watch** | - | 50.00 |
| | | **Miscellaneous Costume Jewelry** | - | 20.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Glock 2.6 9mm Hand Gun** | - | 600.00 |
| | | **Bicycle** | - | 50.00 |
| | | **Treadmill** | - | 75.00 |
| | | **Dumbell Rack with Dumbells** | - | 50.00 |
| | | **2 Guitars with Plastic Stands** | - | 40.00 |

Sub-Total >     **6,535.00**
(Total of this page)

Sheet  **1**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Giorgio Kolaj**                                                          ,        Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Policy with Reliastar Life Insurance Company of NY (ING) Policy No AD20308269** | - | 0.00 |
| | | **Flexible Choice Whole Insurance Policy with Penn Mutual Life Policy No. 008311272 Net Surrender Value $9,474.03** | - | 9,474.03 |
| | | **Guaranteed Choice  Whole Life Insurance Policy with Penn Mutual Life Policy No 008348388 Net Surrender Value $1,513.80** | - | 1,513.80 |
| | | **Term Life Insurance Policy with Prudential Financial Policy No L8044288-P** | - | 0.00 |
| | | **Guaranteed Term Life Insurance with Penn Mutual Life Policy No. 008342925 Net Surrender Value $317.55** | - | 317.55 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) Retirement Account with Mass Mutual Financing Group Account Ending in 1606** | - | 288,572.07 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **12.67% Shareholder of Eagle Food Group, LLC Deli in Midtown, New  York City Assets:$13,226.84 Liabilities:$32,907.77** | - | 0.00 |
| | | **60% Shareholder of Friendship Restaurant Group dba Valentinos on the Green (Inactive-Operated Restaurant in Bayside Queens, New York) Assets:$0.00 Liabilities:$1,583,788.37** | - | 0.00 |

Sub-Total >                 299,877.45
(Total of this page)

Sheet __**2**__ of __**5**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Giorgio Kolaj**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **100% shareholder of Halo Partners LLC (Inactive consulting firm) Assets: $0.00 Liabilities: $0.00** | - | 0.00 |
| | | **100% shareholder of Greenberg Caputo LLC (Inactive consulting firm) Assets: $0.00 Liabilities: $0.00** | - | 0.00 |
| | | **Shareholder of 1628-1620 Broadway LLC (Operated pizzeria - closed in 2013) Assets: $0.00 Liabilities: $580,000** | - | 0.00 |
| | | **33.33% shareholder of Castle Hill Entertainment LLC (Inactive consulting firm) Assets: $0.00 Liabilities: $0.00** | - | 0.00 |
| | | **33.33% shareholder of Castle Hill Hospitality LLC (Inactive consulting firm) Assets: $0.00 Liabilities: $0.00** | - | 0.00 |
| | | **33.33% shareholder of Castle Hill Projects LLC (Inactive consulting firm) Assets: $0.00 Liabilities: $0.00** | - | 0.00 |
| | | **100% shareholder of Family Food Group (Consulting Company) Assets: $0.00 Liabilities: $0.00** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Giorgio Kolaj**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Mercedes CLS500 with 93,000 miles in fair condition** | - | 15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

|  | Sub-Total >  | **15,000.00** |
|---|---|---|
|  | (Total of this page) |  |

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Giorgio Kolaj**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Total >      **335,811.27**

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Giorgio Kolaj**                                                                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                    $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                                *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single Family Residence located at:** | NYCPLR § 5206 | **165,550.00** | **800,000.00** |
| **45 Bayberry Lane** | | | |
| **Mt. Kisco, New York 10549** | | | |
| **Valuation based on appraisal dated** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Connecticut Community Bank, N.A. Checking** | NYCPLR § 5205(d)(2) | **90%** | **14,298.82** |
| **Account** | | | |
| **Account Ending in 6537** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Miscellaneous Household Furnishings:** | NYCPLR § 5205(a)(5) | **5,000.00** | **5,000.00** |
| **Kitchen: Microwave, Toaster,  Kitchen Table** | | | |
| **with 5 Chairs, Wood Stand Bottle Rack, and** | | | |
| **Small Wall Rack** | | | |
| **Dining Room: Table with 6 Chairs, Wall Wine** | | | |
| **Rack, Side Table, Mirror, Stool,** | | | |
| **Living Room: Office Furniture, Sofa, 2 Love** | | | |
| **Seats, Side Tables, Lamp Side Table, Plant, 42"** | | | |
| **HD Television, VCR, Wireless Router, 2** | | | |
| **Lithographs, Side Table Dresser, 2 Rugs, Coffee** | | | |
| **Table, and Firewood Basket** | | | |
| **Bedrooms: 2 Beds, Vanity with Mirror, 2 Lamps,** | | | |
| **2 Side Tables, 2 Dressers, Ceiling Light Cover, 2** | | | |
| **Hanging Mirrors, Floor Mirror, Iron and Iron** | | | |
| **Table, Wood Chest and Bench,** | | | |
| **Guest Bedroom: Bed, Small Side Table, Lamp,** | | | |
| **Glass Table, Stool, Inflatable Bed, Folding Mini** | | | |
| **Bookshelf, Wicker Dresser, Plug in Room** | | | |
| **Heater and Wood Table** | | | |
| | | | |
| **Shop Vac, Vacuum, Plug in Room Heater, Air** | | | |
| **Purifier, Garden Bistro Table and Chairs,** | | | |
| **Electric Drill, Chain Saw, Tools, Metor Rack,** | | | |
| **Bookshelf, Magazine Rack, Pillow, Firewood** | | | |
| **Storage Rack, and Wireframe Plant Rack** | | | |
| **Outdoor Furniture: Table and Chair Set with** | | | |
| **Umbrella, Hammock with Stand, Large Wood** | | | |
| **Recliner, Small Wicker Recliner, 3 Water Hoses,** | | | |
| **and Table Cover** | | | |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Miscellaneous CDs, DVDs and Books** | NYCPLR § 5205(a)(2) | **50.00** | **50.00** |
| | | | |
| **Miscellaneous Framed Prints and Photos** | NYCPLR § 5205(a)(2) | **100.00** | **100.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Miscellaneous Wearing Apparel** | NYCPLR § 5205(a)(5) | **500.00** | **500.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Omega Watch** | NYCPLR § 5205(a)(6) | **50.00** | **50.00** |

_____  **1**    continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Giorgio Kolaj**                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Miscellaneous Costume Jewelry** | **NYCPLR § 5205(a)(6)** | **20.00** | **20.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Glock 2.6 9mm Hand Gun** | **Debtor & Creditor Law § 283(1)** | **600.00** | **600.00** |
| **Bicycle** | **Debtor & Creditor Law § 283(1)** | **50.00** | **50.00** |
| **Treadmill** | **Debtor & Creditor Law § 283(1)** | **75.00** | **75.00** |
| **Dumbell Rack with Dumbells** | **Debtor & Creditor Law § 283(1)** | **50.00** | **50.00** |
| **2 Guitars with Plastic Stands** | **Debtor & Creditor Law § 283(1)** | **40.00** | **40.00** |
| **Interests in Insurance Policies** | | | |
| **Term Life Insurance Policy with Reliastar Life Insurance Company of NY (ING) Policy No AD20308269** | **NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i)** | **0.00** | **0.00** |
| **Flexible Choice Whole Insurance Policy with Penn Mutual Life Policy No. 008311272 Net Surrender Value $9,474.03** | **NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i)** | **9,474.03** | **9,474.03** |
| **Guaranteed Choice Whole Life Insurance Policy with Penn Mutual Life Policy No 008348388 Net Surrender Value $1,513.80** | **NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i)** | **1,513.80** | **1,513.80** |
| **Term Life Insurance Policy with Prudential Financial Policy No L8044288-P** | **NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i)** | **0.00** | **0.00** |
| **Guaranteed Term Life Insurance with Penn Mutual Life Policy No. 008342925 Net Surrender Value $317.55** | **NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i)** | **317.55** | **317.55** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k) Retirement Account with Mass Mutual Financing Group Account Ending in 1606** | **NYCPLR § 5205(c)(1) & (2)** | **288,572.07** | **288,572.07** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Mercedes CLS500 with 93,000 miles in fair condition** | **NYCPLR § 5205(a)(8)** | **4,425.00** | **15,000.00** |
| | Total: | **489,256.39** | **1,135,711.27** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Giorgio Kolaj** _____,   Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **30000175306671000**<br><br>**Chrysler Capital**<br>**Po Box 961275**<br>**Fort Worth, TX 76161** | | | - | **Opened 12/01/14  Last Active  4/12/15**<br><br>**Automobile Lease Agreement**<br><br>**2014 Jeep Grand Cherokee Laredo** | | | | | |
| | | | | Value $                    **15,000.00** | | | | **20,040.00** | **5,040.00** |
| Account No.<br><br>**Flushing Savings Bank, N.A.**<br>**144-51 Northern Blvd.**<br>**Flushing, NY 11354** | X | | - | **Judgment**<br><br>**Personal Guarantee Related to Business Loan** | | | | | |
| | | | | Value $                        **0.00** | | | | **950,618.27** | **950,618.27** |
| Account No. **504008145490**<br><br>**Hudson City Savings Ba**<br>**Hudson City Savings Bank**<br>**80 W Century Road**<br>**Paramus, NJ 07652** | | | - | **Opened  3/01/11  Last Active  3/25/15**<br><br>**45 Bayberry Lane**<br>**Mt. Kisco, New York 10549** | | | | | |
| | | | | Value $                  **800,000.00** | | | | **562,675.00** | **0.00** |
| Account No.<br><br>**USHA Holdings, LLC**<br>**and Atul Bhatara**<br>**39-39 55th Street**<br>**Woodside, NY 11377** | | | - | **Arbitration Judgment**<br><br>**Related to Business Loan** | | | | | |
| | | | | Value $                        **0.00** | | | | **1,000,000.00** | **1,000,000.00** |

__0__   continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **2,533,333.27** | **1,955,658.27** |
| Total<br>(Report on Summary of Schedules) | **2,533,333.27** | **1,955,658.27** |

B6E (Official Form 6E) (4/13)

.

In re   **Giorgio Kolaj**                                                                 ,        Case No. _____

                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                    <u>   1   </u>     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Giorgio Kolaj** _____,    Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

                                                                    **Domestic Support Obligations**
                                                                    _____
                                                                              TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Notice Purposes Only** | | | | | |
| **Migdalia Ortiz-Kolaj** **81 Park Road Ext.** **Bedford Hills, NY 10507** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  __1__  of  __1__  continuation sheets attached to        Subtotal        | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    0.00 | 0.00 |

                                                           Total        | 0.00 |
                                          (Report on Summary of Schedules)    0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Giorgio Kolaj**                                                                 ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| **Account No.** | | | | Vendor for Friendship Restaurant Group | | | | |
| American Beef & Veal Co. PO Box 3070 Astoria, NY 11103 | X | - | | | X | X | X | 19,311.81 |
| **Account No.** 3499909308205373-545001 | | | | Opened  8/01/05  Last Active  4/15/15 Miscellaneous Consumer Purchases | | | | |
| American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | - | | | | | | 14,733.00 |
| **Account No.** | | | | Vendor for Friendship Restaurant Group | | | | |
| American Pad-Ex of N.Y. 325 Moffat Street Brooklyn, NY 11237 | X | - | | | X | X | X | 178.90 |
| **Account No.** | | | | Vendor for Friendship Restaurant Group | | | | |
| Anheuser-Busch Sales & Service of New York 550 Food Center Drive Bronx, NY 10474 | X | - | | | X | X | X | 167.95 |
| __10__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | 34,391.66 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                 S/N:39525-150611    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Giorgio Kolaj** , Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Autotap Corp 958 Grand St Brooklyn, NY 11211 | X | - | | X | X | X | 699.00 |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Biotech Termite & Pest Control 380 Meacham Ave Elmont, NY 11003 | X | - | | X | X | X | 1,415.44 |
| Account No. | | | Wage Claimant | | | | |
| C.K. Lee 30 E. 38th Street, 2nd Flr New York, NY 10016 | X | - | | X | X | X | Unknown |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| C.T. Seafood Inc. 216 Canal Street New York, NY 10013 | X | - | | X | X | X | 960.00 |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Campania Foods & Imports 414 Bergen Blvd Palisades Park, NJ 07650 | X | - | | X | X | X | 8,977.70 |

Husband, Wife, Joint, or Community

Sheet no. __1__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 12,052.14

B6F (Official Form 6F) (12/07) - Cont.

In re   **Giorgio Kolaj**                                                      ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4147098674368436** <br><br> **Capital One** <br> **Attn: Bankruptcy** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** | | - | **Opened 11/01/14  Last Active  4/22/15** <br> **Miscellaneous Consumer Purchases** | | | | 216.00 |
| Account No. <br><br> **Cesare Fruit Company Inc.** <br> **2234 College Point Blvd #17** <br> **College Point, NY 11356** | X | - | **Vendor for Friendship Restaurant Group** | X | X | X | 9,273.93 |
| Account No. <br><br> **Charles Rosenberg** <br> **679 W239 Street** <br> **Bronx, NY 10463** | X | - | **Vendor for Friendship Restaurant Group** | X | X | X | 1,036.90 |
| Account No. <br><br> **City of NY Parks & Recreation** <br> **24 West 61st Street** <br> **New York, NY 10023** | X | - | **Friendship Restaurant Group** | X | X | X | 437,080.77 |
| Account No. <br><br> **Coffee Lovers** <br> **1275 Bloomfield Ave** <br> **Fairfield, NJ 07004** | X | - | **Vendor for Friendship Restaurant Group** | X | X | X | 1,421.67 |

Sheet no. __**2**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

449,029.27

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Giorgio Kolaj** _____,      Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Vendor for Friendship Restaurant Group | | | | |
| Consolidated Edison Co of NY 4 Irving Pl, Room 1875-S Attn: Bankruptcy Group New York, NY 10003 | X | - | | | | X | X | X | 35,564.71 |
| Account No. | | | | | Vendor for Friendship Restaurant Group | | | | |
| Dolce Amore & NY Gelato Sorbet 37 Grand Avenue Brooklyn, NY 11205 | X | - | | | | X | X | X | 1,032.63 |
| Account No. | | | | | Vendor for Friendship Restaurant Group | | | | |
| Empire Merchants, LLC 16 Bridgewater Street Brooklyn, NY 11222 | X | - | | | | X | X | X | 7,409.62 |
| Account No. | | | | | Vendor for Friendship Restaurant Group | | | | |
| Ferraro Foods 287 S Randolphville Rd Piscataway, NJ 08854-3806 | X | - | | | | X | X | X | 26,203.95 |
| Account No. | | | | | Vendor for Friendship Restaurant Group | | | | |
| Finest Air Inc. 45-28 192nd Street Flushing, NY 11358 | X | - | | | | X | X | X | 2,671.56 |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **72,882.47**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Giorgio Kolaj** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Fleetwood Pastry Shop 561 Gramatan Ave Mount Vernon, NY 10552 | X | - | | X | X | X | 4,489.50 |
| Account No. | | | Friendship Restaurant Group | | | | |
| Flushing Savings Bank, N.A. 144-51 Northern Blvd. Flushing, NY 11354 | X | - | | X | X | X | 18,260.69 |
| Account No. | | | | | | | |
| GAZ Partners LLC 376 A Grasslands Road Valhalla, NY 10595 | X | - | | | | | 0.00 |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Gian Piero Bakery 4417 30th Avenue Astoria, NY 11103 | X | - | | X | X | X | 2,491.90 |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Heaven Exterminating Corp 418 Van Siclen Avenue Brooklyn, NY 11207 | X | - | | X | X | X | 517.16 |

| | | |
|---|---|---|
| Sheet no. __4__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 25,759.25 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Giorgio Kolaj**                                                              , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Vendor for Friendship Restaurant Group | | | | |
| Intelli-Tec Security 2000 Shames Drive Westbury, NY 11590 | X | - | | | X | X | X | |
| | | | | | | | | 277.63 |
| Account No. | | | | Friendship Restaurant Group | | | | |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | X | - | | | X | X | X | |
| | | | | | | | | 12,309.10 |
| Account No. | | | | Vendor for Friendship Restaurant Group | | | | |
| M. Slavin & Sons 800 Food Center Dr. #66 Bronx, NY 10474 | X | - | | | X | X | X | |
| | | | | | | | | 12,904.73 |
| Account No. | | | | Vendor for Friendship Restaurant Group | | | | |
| Manhattan Beer Distributors 400 Walnut Avenue Bronx, NY 10454 | X | - | | | X | X | X | |
| | | | | | | | | 145.75 |
| Account No. | | | | Vendor for Friendship Restaurant Group | | | | |
| MHW Ltd/Caffo Beverages 1129 Northern Blvd, Suite 312 Manhasset, NY 11030 | X | - | | | X | X | X | |
| | | | | | | | | 4,412.40 |

Sheet no. __5__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    30,049.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Giorgio Kolaj**                                                          ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Micros Systems Inc. Attn: Mid-Atlantic Region 7031 Gateway Drive Columbia, MD 21046 | X | - | | X | X | X | 435.50 |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Nazzaro Corp 20 Dikeman St Brooklyn, NY 11231 | X | - | | X | X | X | 2,368.00 |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Nexum Global Ltd 1941 Batchelder St Brooklyn, NY 11229 | X | - | | X | X | X | 400.00 |
| Account No. | | | Unpaid Wages | | | | |
| NYC Department of Labor Building 12 W.A. Harriman Campus Albany, NY 12240 | X | - | | X | X | X | 0.00 |
| Account No. | | | Friendship Restaurant Group | | | | |
| NYS Dept of Tax & Finance Bankruptcy Unit P.O. Box 5300 Albany, NY 12205 | X | - | | X | X | X | 12,000.00 |

Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     15,203.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **Giorgio Kolaj** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                      |   |   | Vendor for Friendship Restaurant Group |   |   |   |   |
| **Pepsi Cola Bottling Co. of NY** **116-20 15th Avenue** **College Point, NY 11356** | X | - |   | X | X | X |   |
|                                                  |   |   |   |   |   |   | 4,024.14 |
| Account No.                                      |   |   | Vendor for Friendship Restaurant Group |   |   |   |   |
| **Pitney Bowes** **P.O. Box 856390** **Louisville, KY 40285-6390** | X | - |   | X | X | X |   |
|                                                  |   |   |   |   |   |   | 160.16 |
| Account No.                                      |   |   | Vendor for Friendship Restaurant Group |   |   |   |   |
| **Polo Linen Service** **858 N Queens Avenue** **Lindenhurst, NY 11757** | X | - |   | X | X | X |   |
|                                                  |   |   |   |   |   |   | 466.70 |
| Account No.                                      |   |   | Vendor for Friendship Restaurant Group |   |   |   |   |
| **Royal Waste Services Inc.** **16856 Douglas Avenue** **Jamaica, NY 11433** | X | - |   | X | X | X |   |
|                                                  |   |   |   |   |   |   | 4,141.62 |
| Account No.                                      |   |   | Vendor for Friendship Restaurant Group |   |   |   |   |
| **Savino's Quality Pasta** **111 Conselyea Street** **Brooklyn, NY 11211** | X | - |   | X | X | X |   |
|                                                  |   |   |   |   |   |   | 274.50 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,067.12

B6F (Official Form 6F) (12/07) - Cont.

In re    **Giorgio Kolaj** _____ ,    Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Accountant for Friendship Restaurant Group | | | | |
| Schneiderman & Friedman 250 West 5th Street #1017 New York, NY 10107 | X | - | | X | X | X | 2,000.00 |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Sea Crest Linen Supply Co. 46 Crown St Brooklyn, NY 11225 | X | - | | X | X | X | 7,474.05 |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Shield Chemical Services P.O. Box 391 Katonah, NY 10536 | X | - | | X | X | X | 360.69 |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Southern Wine & Spirits of NY 345 Underhill Blvd. P.O. Box 9034 Syosset, NY 11791 | X | - | | X | X | X | 2,835.97 |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Staples Bus. Advantage Dept of NY PO Box 415256 Boston, MA 02241-5256 | X | - | | X | X | X | 119.72 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 12,790.43 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Giorgio Kolaj**                                      ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Sweet Service Inc 10319 Vans Dr Frankfort, IL 60423 | X | - | | X | X | X | 2,592.00 |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| The Church Bulletin Inc. 200 Dale St West Babylon, NY 11704 | X | - | | X | X | X | 352.00 |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Top Shelf Trading Corp. 1337 Lincoln Avenue Holbrook, NY 11741 | X | - | | X | X | X | 268.20 |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Tri State Parking 156 Main Street Hackensack, NJ 07601 | X | - | | X | X | X | 4,550.00 |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| Tricana Imports 1120 Old Country Road #207 Plainview, NY 11803 | X | - | | X | X | X | 1,016.00 |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **8,778.20**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Giorgio Kolaj** _____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| **Ultimate Elevator 6143 186th Street Fresh Meadows, NY 11365** | X | - | | X | X | X | 1,905.31 |
| Account No. | | | Claims for Fraudulent Inducement into Business Transaction | | | | |
| **USHA Holdings, LLC and Atul Bhatara 39-39 55th Street Woodside, NY 11377** | X | - | | X | X | X | Unknown |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| **West Dem Services 149-29 124th Street South Ozone Park, NY 11420** | X | - | | X | X | X | 925.44 |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| **WineWave 100 Jericho Quadrangle #105 Jericho, NY 11753** | X | - | | X | X | X | 2,084.00 |
| Account No. | | | Vendor for Friendship Restaurant Group | | | | |
| **Woolco Foods Inc 135 Amity St Jersey City, NJ 07304** | X | - | | X | X | X | 2,876.16 |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 7,790.91 |
| Total (Report on Summary of Schedules) | 677,794.56 |

B6G (Official Form 6G) (12/07)

.

In re    **Giorgio Kolaj**                                                    ,    Case No. _____
                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Chrysler Capital**<br>**Po Box 961275**<br>**Fort Worth, TX 76161** | **Automobile Lease Agreement on**<br>**2014 Jeep Grand Cherokee Laredo**<br>**$549.00 per month** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re  **Giorgio Kolaj**                                                                    ,     Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eagle Food Group, LLC**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Flushing Savings Bank, N.A.**<br>**144-51 Northern Blvd.**<br>**Flushing, NY 11354** |
| **Famiglia CA-SAC, LLC**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Flushing Savings Bank, N.A.**<br>**144-51 Northern Blvd.**<br>**Flushing, NY 11354** |
| **Famiglia EWR-C2, LLC**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Flushing Savings Bank, N.A.**<br>**144-51 Northern Blvd.**<br>**Flushing, NY 11354** |
| **Famiglia-Debartolo, LLC**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Flushing Savings Bank, N.A.**<br>**144-51 Northern Blvd.**<br>**Flushing, NY 11354** |
| **Family Food Group, LLC**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Flushing Savings Bank, N.A.**<br>**144-51 Northern Blvd.**<br>**Flushing, NY 11354** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Flushing Savings Bank, N.A.**<br>**144-51 Northern Blvd.**<br>**Flushing, NY 11354** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **C.K. Lee**<br>**30 E. 38th Street, 2nd Flr**<br>**New York, NY 10016** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **NYC Department of Labor**<br>**Building 12**<br>**W.A. Harriman Campus**<br>**Albany, NY 12240** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **USHA Holdings, LLC**<br>**and Atul Bhatara**<br>**39-39 55th Street**<br>**Woodside, NY 11377** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **American Beef & Veal Co.**<br>**PO Box 3070**<br>**Astoria, NY 11103** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **American Pad-Ex of N.Y.**<br>**325 Moffat Street**<br>**Brooklyn, NY 11237** |

**4**
____ continuation sheets attached to Schedule of Codebtors

In re   **Giorgio Kolaj**                                                                    ,          Case No. _____
                                                      Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Anheuser-Busch**<br>**Sales & Service of New York**<br>**550 Food Center Drive**<br>**Bronx, NY 10474** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Autotap Corp**<br>**958 Grand St**<br>**Brooklyn, NY 11211** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Biotech Termite & Pest Control**<br>**380 Meacham Ave**<br>**Elmont, NY 11003** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **C.T. Seafood Inc.**<br>**216 Canal Street**<br>**New York, NY 10013** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Campania Foods & Imports**<br>**414 Bergen Blvd**<br>**Palisades Park, NJ 07650** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Cesare Fruit Company Inc.**<br>**2234 College Point Blvd #17**<br>**College Point, NY 11356** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Charles Rosenberg**<br>**679 W239 Street**<br>**Bronx, NY 10463** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **City of NY Parks & Recreation**<br>**24 West 61st Street**<br>**New York, NY 10023** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Coffee Lovers**<br>**1275 Bloomfield Ave**<br>**Fairfield, NJ 07004** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Consolidated Edison Co of NY**<br>**4 Irving Pl, Room 1875-S**<br>**Attn: Bankruptcy Group**<br>**New York, NY 10003** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Dolce Amore & NY Gelato Sorbet**<br>**37 Grand Avenue**<br>**Brooklyn, NY 11205** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Empire Merchants, LLC**<br>**16 Bridgewater Street**<br>**Brooklyn, NY 11222** |

Sheet   __1__   of   __4__   continuation sheets attached to the Schedule of Codebtors

In re    **Giorgio Kolaj**                                                                ,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Ferraro Foods**<br>**287 S Randolphville Rd**<br>**Piscataway, NJ 08854-3806** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Finest Air Inc.**<br>**45-28 192nd Street**<br>**Flushing, NY 11358** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Fleetwood Pastry Shop**<br>**561 Gramatan Ave**<br>**Mount Vernon, NY 10552** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Flushing Savings Bank, N.A.**<br>**144-51 Northern Blvd.**<br>**Flushing, NY 11354** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Gian Piero Bakery**<br>**4417 30th Avenue**<br>**Astoria, NY 11103** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Heaven Exterminating Corp**<br>**418 Van Siclen Avenue**<br>**Brooklyn, NY 11207** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Intelli-Tec Security**<br>**2000 Shames Drive**<br>**Westbury, NY 11590** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **M. Slavin & Sons**<br>**800 Food Center Dr. #66**<br>**Bronx, NY 10474** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Manhattan Beer Distributors**<br>**400 Walnut Avenue**<br>**Bronx, NY 10454** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **MHW Ltd/Caffo Beverages**<br>**1129 Northern Blvd, Suite 312**<br>**Manhasset, NY 11030** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Micros Systems Inc.**<br>**Attn: Mid-Atlantic Region**<br>**7031 Gateway Drive**<br>**Columbia, MD 21046** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Nazzaro Corp**<br>**20 Dikeman St**<br>**Brooklyn, NY 11231** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Nexum Global Ltd**<br>**1941 Batchelder St**<br>**Brooklyn, NY 11229** |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Codebtors

In re   **Giorgio Kolaj**                                      ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE H - CODEBTORS
<div align="center">(Continuation Sheet)</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Friendship Restaurant Group<br>245 Main Street, Suite 620<br>White Plains, NY 10601 | NYS Dept of Tax & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205 |
| Friendship Restaurant Group<br>245 Main Street, Suite 620<br>White Plains, NY 10601 | Pepsi Cola Bottling Co. of NY<br>116-20 15th Avenue<br>College Point, NY 11356 |
| Friendship Restaurant Group<br>245 Main Street, Suite 620<br>White Plains, NY 10601 | Pitney Bowes<br>P.O. Box 856390<br>Louisville, KY 40285-6390 |
| Friendship Restaurant Group<br>245 Main Street, Suite 620<br>White Plains, NY 10601 | Polo Linen Service<br>858 N Queens Avenue<br>Lindenhurst, NY 11757 |
| Friendship Restaurant Group<br>245 Main Street, Suite 620<br>White Plains, NY 10601 | Royal Waste Services Inc.<br>16856 Douglas Avenue<br>Jamaica, NY 11433 |
| Friendship Restaurant Group<br>245 Main Street, Suite 620<br>White Plains, NY 10601 | Savino's Quality Pasta<br>111 Conselyea Street<br>Brooklyn, NY 11211 |
| Friendship Restaurant Group<br>245 Main Street, Suite 620<br>White Plains, NY 10601 | Schneiderman & Friedman<br>250 West 5th Street #1017<br>New York, NY 10107 |
| Friendship Restaurant Group<br>245 Main Street, Suite 620<br>White Plains, NY 10601 | Sea Crest Linen Supply Co.<br>46 Crown St<br>Brooklyn, NY 11225 |
| Friendship Restaurant Group<br>245 Main Street, Suite 620<br>White Plains, NY 10601 | Shield Chemical Services<br>P.O. Box 391<br>Katonah, NY 10536 |
| Friendship Restaurant Group<br>245 Main Street, Suite 620<br>White Plains, NY 10601 | Southern Wine & Spirits of NY<br>345 Underhill Blvd.<br>P.O. Box 9034<br>Syosset, NY 11791 |
| Friendship Restaurant Group<br>245 Main Street, Suite 620<br>White Plains, NY 10601 | Staples Bus. Advantage<br>Dept of NY<br>PO Box 415256<br>Boston, MA 02241-5256 |
| Friendship Restaurant Group<br>245 Main Street, Suite 620<br>White Plains, NY 10601 | Sweet Service Inc<br>10319 Vans Dr<br>Frankfort, IL 60423 |

Sheet __**3**__ of __**4**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

In re    **Giorgio Kolaj**                                                                      Case No. _____

,

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **The Church Bulletin Inc.**<br>**200 Dale St**<br>**West Babylon, NY 11704** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Top Shelf Trading Corp.**<br>**1337 Lincoln Avenue**<br>**Holbrook, NY 11741** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Tri State Parking**<br>**156 Main Street**<br>**Hackensack, NJ 07601** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Tricana Imports**<br>**1120 Old Country Road #207**<br>**Plainview, NY 11803** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Ultimate Elevator**<br>**6143 186th Street**<br>**Fresh Meadows, NY 11365** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **West Dem Services**<br>**149-29 124th Street**<br>**South Ozone Park, NY 11420** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **WineWave**<br>**100 Jericho Quadrangle #105**<br>**Jericho, NY 11753** |
| **Friendship Restaurant Group**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Woolco Foods Inc**<br>**135 Amity St**<br>**Jersey City, NJ 07304** |
| **Greenberg Caputo LLC**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Flushing Savings Bank, N.A.**<br>**144-51 Northern Blvd.**<br>**Flushing, NY 11354** |
| **John Kolaj**<br>**2 Canfield Avenue**<br>**White Plains, NY 10601** | **Flushing Savings Bank, N.A.**<br>**144-51 Northern Blvd.**<br>**Flushing, NY 11354** |
| **Paul Kolaj**<br>**34 Miller Circle**<br>**Armonk, NY 10504** | **Flushing Savings Bank, N.A.**<br>**144-51 Northern Blvd.**<br>**Flushing, NY 11354** |
| **Ruby's EWR C-2 LLC**<br>**199 Main Street**<br>**White Plains, NY 10601** | **GAZ Partners LLC**<br>**376 A Grasslands Road**<br>**Valhalla, NY 10595** |
| **Ruby's EWR C-2, LLC**<br>**245 Main Street, Suite 620**<br>**White Plains, NY 10601** | **Flushing Savings Bank, N.A.**<br>**144-51 Northern Blvd.**<br>**Flushing, NY 11354** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Codebtors

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Giorgio Kolaj |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income    12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

---

**Part 1:**    **Describe Employment**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** | Director of Business Development | |
| | | **Employer's name** | Famiglia Debartolo LLC | |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** | 245 Main Street, Suite 620 White Plains, NY 10601 | |
| | | **How long employed there?** | | |

---

**Part 2:**    **Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 19,439.91 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 19,439.91 | $ N/A |

Debtor 1    Giorgio Kolaj                                                      Case number (if known) _____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 19,439.91 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 7,131.90 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 991.19 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 1,570.33 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 9,693.42 | $ N/A |

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 9,746.49 | $ N/A |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |

10. **Calculate monthly income.** Add line 7 + line 9. | 10. | $ 9,746.49 + | $ N/A | = $ 9,746.49 |
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                        11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                                        12. $ 9,746.49

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1     Giorgio Kolaj

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number
(If known)

</td><td>

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter
   13 expenses as of the following date:

    MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor
   2 maintains a separate household

</td></tr>
</table>

## Official Form B 6J
## Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1      ■ Yes. Fill out this information for each dependent..............
   and Debtor 2.

   Do not state the
   dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Daughter | 17 | ☐ No ■ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

**Part 2:**    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | | **Your expenses** |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 3,351.43 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 1,339.42 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 167.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 250.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1    Giorgio Kolaj                                    Case number (if known)

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.    Electricity, heat, natural gas | 6a. $ | 650.00 |
| | 6b.    Water, sewer, garbage collection | 6b. $ | 123.00 |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 250.00 |
| | 6d.    Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 900.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 200.00 |
| 10. | **Personal care products and services** | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12. $ | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 50.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 50.00 |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.    Life insurance | 15a. $ | 171.52 |
| | 15b.    Health insurance | 15b. $ | 0.00 |
| | 15c.    Vehicle insurance | 15c. $ | 200.00 |
| | 15d.    Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.    Car payments for Vehicle 1 | 17a. $ | 589.44 |
| | 17b.    Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.    Other. Specify: | 17c. $ | 0.00 |
| | 17d.    Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | 1,000.00 |
| 19. | **Other payments you make to support others who do not live with you.** | $ | 0.00 |
| | Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a.    Mortgages on other property | 20a. $ | 0.00 |
| | 20b.    Real estate taxes | 20b. $ | 0.00 |
| | 20c.    Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.    Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.    Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | 22. $ | 9,791.81 |
| | The result is your monthly expenses. | | |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.    Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 9,746.49 |
| | 23b.    Copy your monthly expenses from line 22 above. | 23b. -$ | 9,791.81 |
| | 23c.    Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -45.32 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.
Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    Giorgio Kolaj _____    Case No. _____
                                    Debtor(s)    Chapter    7 _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __35__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  June 16, 2015 _____    Signature    /s/ Giorgio Kolaj _____
                                                    Giorgio Kolaj
                                                    Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of New York

In re    Giorgio Kolaj            Case No.             

                                   Debtor(s)       Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $69,385.00 | Year to Date Earnings through 5/8 (estimate) |
| $218,759.00 | 2014 Gross Wages |
| $209,234.00 | 2013 Gross Wages |
| $-470,790.00 | 2013 Carryover Losses |
| $-1,024,350.00 | 2013 Business Losses |

B7 (Official Form 7) (04/13)
2

**2. Income other than from employment or operation of business**

None
■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■ **Complete a. or b., as appropriate, and c.**

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐ b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Hudson City Savings Ba Hudson City Savings Bank 80 W Century Road Paramus, NJ 07652 | 6/1/2015 5/1/2015 4/1/2015 | $10,054.29 | $562,675.00 |

None
■ c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Flushing Savings Bank, FSB vs. Friendship Restaurant Group, LLC d/b/a Valentino's on the Green Giorgio Kolaj Index No. 2086/2013 | Collection | New York State Supreme Court Queens County Court | Judgment |
| Flushing Savings Bank, FSB vs. Giorgio Kolaj Index No. 603351/2014 | Enforce Judgment | New York State Supreme Court Nassau County Court | Settled |
| USHA Holdings, LLC vs. Giorgio Kolaj AAA Case No. 13-20-1300-0789 | Collection | Arbitration | Judgment |
| USHA Holdings, LLC vs. Giorgio Kolaj Index No. 704156/2013 | Contract | New York State Supreme Court Queens County Court | Pending |
| New York City Dept. of Labor vs. Giorgio Kolaj | | | |
| Cinecio Gonzalez, et al vs. Giorgio Kolaj, et al Case No. 13-cv-8468 | Class Action | United States District Court Southern District of New York | Pending |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)
4

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| DelBello Donnellan Weingarten Wise & Wie One North Lexington Avenue White Plains, NY 10601 | 5/6/2015 | $8,038.00 |
| CC Advising, Inc. | 5/12/2015 | $9.95-Credit Counseling Certificate |
| Mintz Levin, Cohen, Ferris Glovsky and Popeo, PC 666 Third Avenue New York, NY 10017 | 7/21/2014 Famiglia Debartolo, LLC | $11,450.95 |
| Mintz Levin, Cohen, Ferris Glovsky and Popeo, PC 666 Third Avenue New York, NY 10017 | 3/9/2015 Famiglia Debartolo, LLC | $9,510.07 |
| Mintz Levin, Cohen, Ferris Glovsky and Popeo, PC 666 Third Avenue New York, NY 10017 | 3/26/2015 Famiglia Debartolo, LLC | $4,612.05 |
| Mintz Levin, Cohen, Ferris Glovsky and Popeo, PC 666 Third Avenue New York, NY 10017 | 5/8/2015 Famiglia Debartolo, LLC | $8,049.43 |

B7 (Official Form 7) (04/13)
5

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| Paul Kolaj<br>34 Miller Circle<br>Armonk, NY 10504<br>    Brother Date | 2013 | Shares of Famiglia CA-SAC, LLC, 96 Street Pizza Corp. |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| CitiBank<br>Mount Kisco, NY 10549 | Checking Account | $600.00<br>November 2014 |

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
6

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
7

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Eagle Food Group LLC DBA Gourmet NY | 26-3203805 | 680 Eigth Avenue New York, NY 10036 | Deli | January 1, 2009-Present |
| Friendship Restaurant Group, LLC | 26-3545592 | 245 Main Street, Suite 620 White Plains, NY 10601 | Catering Hall | 2008-Present |
| Ruby's EWR C-2, LLC | | | | |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                 DATES SERVICES RENDERED
Schneiderman and Friedman, CPAs
250 W. 57th Street, Ste 1017
New York, NY 10107

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                             DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

B7 (Official Form 7) (04/13)
8

| NAME | ADDRESS |
|------|---------|

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

---

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None
■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

---

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------------------------------------------------------|--------------------------------|------------------------------------------------------|

B7 (Official Form 7) (04/13)
9

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   June 16, 2015                              Signature   /s/ Giorgio Kolaj
                                                              Giorgio Kolaj
                                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of New York

In re   Giorgio Kolaj                                Case No. _____

                                 Debtor(s)             Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Hudson City Savings Ba | **Describe Property Securing Debt:**<br>45 Bayberry Lane<br>Mt. Kisco, New York 10549 |

Property will be (check one):
☐ Surrendered                  ■ Retained

If retaining the property, I intend to (check at least one):
■ Redeem the property
☐ Reaffirm the debt
■ Other. Explain  Debtor will maintain monthly payment obligation  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   June 16, 2015                  Signature    /s/ Giorgio Kolaj
                                               Giorgio Kolaj
                                               Debtor

## United States Bankruptcy Court
### Southern District of New York

In re   Giorgio Kolaj                    Case No. _____

                       Debtor(s)         Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept .................................................. $          8,038.00

     Prior to the filing of this statement I have received ................................ $          0.00

     Balance Due ........................................................................................ $          8,038.00

2.   $   335.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

     The following services are expressly not included pursuant to the retainer agreement and will require a new retainer payment and a new retainer agreement:

     1. A Motion seeking relief from the Automatic Stay or a Motion to Dismiss based upon Client's failure to comply with his obligations as a Chapter 13 Debtor.

     2. Amendments to Client's Schedules of Assets and Liabilities and/or Statement of Financial Affairs.

     3. The prosecution or defense of a Motion to Dismiss made by Chapter 13 Trustee or creditor for non-payment by Client of any amounts required under the Bankruptcy Code or Adversary Proceeding(s), including any proceeding to recover money or property; a proceeding to determine the validity, priority or extent of a lien or other interest in property; a proceeding to obtain approval for sale of the interest of the estate and co-owner in property; a proceeding to determine the dischargeability of a debt; a proceeding to obtain an injunction or other equitable relief; a proceeding to subordinate any allowed claim or interest; a proceeding to obtain a declaratory judgment; a proceeding to determined a claim or cause of action removed.

     4. The defense of any claims asserted by the Trustee, the Office of the U.S. Trustee, or any other party in interest for non-exempt assets or the Debtor, including but not limited to avoidable transfers, preferential payments, and turnover of non-exempt equity in a residence or vehicle.

     5. The assistance in an audit of Clients pursuant to §603 of the Bankruptcy Code conducted by the United States Trustee.

     6. This firm's services will terminate upon conversion of the Chapter 13 Proceeding to any other Chapter under the Bankruptcy Code or upon dismissal of the Chapter 13 Proceeding.

In re    Giorgio Kolaj                              Case No. _____

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

---

**CERTIFICATION**

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    June 16, 2015                          /s/ Julie Cvek Curley

                                              Julie Cvek Curley
                                              DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
                                              One North Lexington Avenue
                                              White Plains, NY 10601
                                              (914) 681-0200   Fax: (914) 684-0288

---

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### <u>Chapter 11</u>: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### <u>Chapter 12</u>: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re   Giorgio Kolaj        Case No. _____

_____ Debtor(s)    Chapter   7 _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Giorgio Kolaj | X  /s/ Giorgio Kolaj      June 16, 2015 |
| Printed Name(s) of Debtor(s) | Signature of Debtor      Date |
| | |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)      Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Southern District of New York

In re   Giorgio Kolaj _____    Case No. _____
                                    Debtor(s)       Chapter    7 _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   June 16, 2015 _____        /s/ Giorgio Kolaj _____
                                             Giorgio Kolaj
                                             Signature of Debtor

AMERICAN BEEF & VEAL CO.
PO BOX 3070
ASTORIA, NY 11103


AMERICAN EXPRESS
PO BOX 3001
16 GENERAL WARREN BLVD
MALVERN, PA 19355


AMERICAN PAD-EX OF N.Y.
325 MOFFAT STREET
BROOKLYN, NY 11237


ANHEUSER-BUSCH
SALES & SERVICE OF NEW YORK
550 FOOD CENTER DRIVE
BRONX, NY 10474


AUTOTAP CORP
958 GRAND ST
BROOKLYN, NY 11211


BIOTECH TERMITE & PEST CONTROL
380 MEACHAM AVE
ELMONT, NY 11003


C.K. LEE
30 E. 38TH STREET, 2ND FLR
NEW YORK, NY 10016


C.T. SEAFOOD INC.
216 CANAL STREET
NEW YORK, NY 10013


CAMPANIA FOODS & IMPORTS
414 BERGEN BLVD
PALISADES PARK, NJ 07650


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

```
CESARE FRUIT COMPANY INC.
2234 COLLEGE POINT BLVD #17
COLLEGE POINT, NY 11356


CHARLES ROSENBERG
679 W239 STREET
BRONX, NY 10463


CHRYSLER CAPITAL
PO BOX 961275
FORT WORTH, TX 76161


CITY OF NY PARKS & RECREATION
24 WEST 61ST STREET
NEW YORK, NY 10023


COFFEE LOVERS
1275 BLOOMFIELD AVE
FAIRFIELD, NJ 07004


CONSOLIDATED EDISON CO OF NY
4 IRVING PL, ROOM 1875-S
ATTN: BANKRUPTCY GROUP
NEW YORK, NY 10003


DOLCE AMORE & NY GELATO SORBET
37 GRAND AVENUE
BROOKLYN, NY 11205


EMPIRE MERCHANTS, LLC
16 BRIDGEWATER STREET
BROOKLYN, NY 11222


FAMIGLIA CA-SAC, LLC
245 MAIN STREET, SUITE 620
WHITE PLAINS, NY 10601


FAMIGLIA EWR-C2, LLC
245 MAIN STREET, SUITE 620
WHITE PLAINS, NY 10601


FAMIGLIA-DEBARTOLO, LLC
245 MAIN STREET, SUITE 620
WHITE PLAINS, NY 10601
```

FAMILY FOOD GROUP, LLC
245 MAIN STREET, SUITE 620
WHITE PLAINS, NY 10601


FERRARO FOODS
287 S RANDOLPHVILLE RD
PISCATAWAY, NJ 08854-3806


FINEST AIR INC.
45-28 192ND STREET
FLUSHING, NY 11358


FLEETWOOD PASTRY SHOP
561 GRAMATAN AVE
MOUNT VERNON, NY 10552


FLUSHING SAVINGS BANK, N.A.
144-51 NORTHERN BLVD.
FLUSHING, NY 11354


FLUSHING SAVINGS BANK, N.A.
C/O JASPEN SCHLESINGER, LLP
300 GARDEN CITY PLAZA
GARDEN CITY, NY 11530


FRIENDSHIP RESTAURANT GROUP
245 MAIN STREET, SUITE 620
WHITE PLAINS, NY 10601


GAZ PARTNERS LLC
376 A GRASSLANDS ROAD
VALHALLA, NY 10595


GIAN PIERO BAKERY
4417 30TH AVENUE
ASTORIA, NY 11103


GREENBERG CAPUTO LLC
245 MAIN STREET, SUITE 620
WHITE PLAINS, NY 10601


HEAVEN EXTERMINATING CORP
418 VAN SICLEN AVENUE
BROOKLYN, NY 11207

HUDSON CITY SAVINGS BA
HUDSON CITY SAVINGS BANK
80 W CENTURY ROAD
PARAMUS, NJ 07652

INTELLI-TEC SECURITY
2000 SHAMES DRIVE
WESTBURY, NY 11590

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JOHN KOLAJ
2 CANFIELD AVENUE
WHITE PLAINS, NY 10601

M. SLAVIN & SONS
800 FOOD CENTER DR. #66
BRONX, NY 10474

MANHATTAN BEER DISTRIBUTORS
400 WALNUT AVENUE
BRONX, NY 10454

MHW LTD/CAFFO BEVERAGES
1129 NORTHERN BLVD, SUITE 312
MANHASSET, NY 11030

MICROS SYSTEMS INC.
ATTN: MID-ATLANTIC REGION
7031 GATEWAY DRIVE
COLUMBIA, MD 21046

MIGDALIA ORTIZ-KOLAJ
81 PARK ROAD EXT.
BEDFORD HILLS, NY 10507

NAZZARO CORP
20 DIKEMAN ST
BROOKLYN, NY 11231

NEXUM GLOBAL LTD
1941 BATCHELDER ST
BROOKLYN, NY 11229

NYC DEPARTMENT OF LABOR
BUILDING 12
W.A. HARRIMAN CAMPUS
ALBANY, NY 12240


NYS DEPT OF TAX & FINANCE
BANKRUPTCY UNIT
P.O. BOX 5300
ALBANY, NY 12205


PAUL KOLAJ
34 MILLER CIRCLE
ARMONK, NY 10504


PEPSI COLA BOTTLING CO. OF NY
116-20 15TH AVENUE
COLLEGE POINT, NY 11356


PITNEY BOWES
P.O. BOX 856390
LOUISVILLE, KY 40285-6390


POLO LINEN SERVICE
858 N QUEENS AVENUE
LINDENHURST, NY 11757


RICHARD L. YELLER & ASSOC. LLP
111 BROADWAY, STE. 1103
NEW YORK, NY 10006


ROYAL WASTE SERVICES INC.
16856 DOUGLAS AVENUE
JAMAICA, NY 11433


RUBY'S EWR C-2 LLC
199 MAIN STREET
WHITE PLAINS, NY 10601


RUBY'S EWR C-2, LLC
245 MAIN STREET, SUITE 620
WHITE PLAINS, NY 10601


SAVINO'S QUALITY PASTA
111 CONSELYEA STREET
BROOKLYN, NY 11211

SCHNEIDERMAN & FRIEDMAN
250 WEST 5TH STREET #1017
NEW YORK, NY 10107


SEA CREST LINEN SUPPLY CO.
46 CROWN ST
BROOKLYN, NY 11225


SHIELD CHEMICAL SERVICES
P.O. BOX 391
KATONAH, NY 10536


SOUTHERN WINE & SPIRITS OF NY
345 UNDERHILL BLVD.
P.O. BOX 9034
SYOSSET, NY 11791


STAPLES BUS. ADVANTAGE
DEPT OF NY
PO BOX 415256
BOSTON, MA 02241-5256


SWEET SERVICE INC
10319 VANS DR
FRANKFORT, IL 60423


THE CHURCH BULLETIN INC.
200 DALE ST
WEST BABYLON, NY 11704


TOP SHELF TRADING CORP.
1337 LINCOLN AVENUE
HOLBROOK, NY 11741


TRI STATE PARKING
156 MAIN STREET
HACKENSACK, NJ 07601


TRICANA IMPORTS
1120 OLD COUNTRY ROAD #207
PLAINVIEW, NY 11803


ULTIMATE ELEVATOR
6143 186TH STREET
FRESH MEADOWS, NY 11365

USHA HOLDINGS, LLC
AND ATUL BHATARA
39-39 55TH STREET
WOODSIDE, NY 11377


WEST DEM SERVICES
149-29 124TH STREET
SOUTH OZONE PARK, NY 11420


WINEWAVE
100 JERICHO QUADRANGLE #105
JERICHO, NY 11753


WOOLCO FOODS INC
135 AMITY ST
JERSEY CITY, NJ 07304